FILED

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA**

~~Jacksonville~~ Division

2012 FEB 22 PM 12: 09

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE, FLORIDA

## CIVIL RIGHTS COMPLAINT FORM

Herman James Hassell

CASE NUMBER: 3:12 -CV-186-J-32TEm
(To be supplied by Clerk's Office)

(Enter **full name** of each **Plaintiff** and prison
number, if applicable)

V.

Duval's Pretrial Detention Facility's
Sgt. Probes, Sgt. Wollitz, and any (et al)
other defendants not named "John Doe"
sued in their individual and official capacities
(Enter **full name** of each **Defendant**. If
additional space is required, use the blank
area directly to the right).

_____ /

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.    PLACE OF PRESENT CONFINEMENT: Duval's Pretrial Detention
(Indicate the name and location)

Facility, 500 East Adams ST, Jacksonville Fl. 32202

II.    DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN
THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (✓)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following
questions]

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

**EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:**

### General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

### Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

### Questions:

A.   Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No ( ) Not Applicable

2. If so, you must attach a copy of the grievance and response to this Complaint form.

3. Were you denied emergency status? Yes ( ) No ( ) Not Applicable

   a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No ( )   Not Applicable

   b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.   Informal Grievance (Request for Interview)

1.  Did you submit an informal grievance (Form DC3-005)? Yes ( ) No ( )  *Not Applicable*

2.  If so, you must attach a copy of the grievance and response to this Complaint form.

C.  <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal) *Not Applicable*

1.  Did you have a disciplinary hearing concerning this matter? Yes ( ) No ( )

2.  If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3.  Did you submit a formal grievance (Form DC1-303)? Yes ( ) No ( )  *Not Applicable*

4.  If so, you must attach a copy of the grievance and response to this Complaint form.

D.  <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1.  Did you submit an appeal to the Office of the Secretary (Form DC1-303)?
    Yes ( ) No ( )  *Not Applicable*

2.  If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___1st___ day of __February__, 2 _012_.

_____
Signature of Plaintiff

III.    DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes (✓) No ( )

If your answer is YES, answer the following questions.

A.    Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B.    Did you present the facts relating to your Complaint in the grievance procedure? Yes (✓) No ( )

C.    If your answer is YES:

1.    What steps did you take? _I filed a Employee Complaint Form_

2.    What were the results? _Never got an answer._

_____

3.    To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses. See 4 B

D.    If your answer is NO, explain why not: _____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___1st___ day of ___February___, 2_012___.

_____
Signature of Plaintiff

DC 225 (Rev. 9/03)                                    4 A

## Argument:
## To Demonstrate Exhaustion

Under P.L.R.A exhaustion requirements says no action shall be brought with respect to prison conditions under [42 U.S.C. §1983]... by a prisoner confined in any jail or prison until such administrative remedies as are at available are exhausted.

When the plaintiff had began to pursue these actions he was ignorant to the law, And did not understand proper exhaustion. whi With the little knowledge, the plaintiff did file grievances and a employee complaint and did not make or keep copies. Apond learning the law the plaintiff did file a request, requesting any and all copies of documents, requests grievances, and complaints he have filed and there answers and agin jail Officials did not answer. The plaintiff is sending copies of the ones he does have. The plaintiff feels he has properly exhausted all administrative remedies.

I Declare under penalty of perjury that the foregoing is true and correct.

Signed this 1st day of February 2012

Herman Hassell

4.B

IV.   **PREVIOUS LAWSUITS**:

    A.  Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

    B.  Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

    C.  If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

       1.  Parties to previous lawsuit:   *Not Applicable*

          Plaintiff(s): _____

          _____

          Defendant(s): _____

          _____

       2.  Court (if federal court, name the district; if state court, name the county): _____ *Not Applicable* _____

       3.  Docket Number: _____ *Not Applicable* _____

       4.  Name of judge: _____ *Not Applicable* _____

       5.  Briefly describe the facts and basis of the lawsuit: _____ *Not Applicable* _____

          _____

       6.  Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _____ *Not Applicable* _____

          _____

       7.  Approximate filing date: _____ *Not Applicable* _____

       8.  Approximate disposition date: _____ *Not Applicable* _____

    D.  Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

_____

_____

_____

_____

V.    PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.    Name of Plaintiff: Herman James Hassell- 2009015993

       Mailing address: 500 East Adams ST.

       Jacksonville, Fl. 32202

B.    Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the full name of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.    Defendant: Sgt. Probes I.D # 5397

       Mailing Address: 500 East Adams ST.

       Jacksonville, Fl. 32202

       Position: Sargent

       Employed at: Duval's Pretrial Detention Facility

D.    Defendant: Sgt. J. Wollitz I.D # 5316

       Mailing Address: 500 East Adams ST.

       Jacksonville, Fl. 32202

       Position: Sargent

       Employed at: Duval's Pretrial Detetion Facility

DC 225 (Rev. 9/03)                         6

E.  Defendant:          "John Doe"

    Mailing Address:    500 East Adams ST.

                        Jacksonville Fl. 32202

    Position:           Any official

    Employed at:        Duval's Pretrial Detention Facility

F.  Defendant:          Et al

    Mailing Address:    500 East Adams ST.

                        Jacksonville Fl. 32202

    Position:           Staff

    Employed at:        Duval's Pretrial Detention Facility

G.  Defendant:

    Mailing Address:

    Position:

    Employed at:

DC 225 (Rev. 9/03)                    7

VI. A  <u>STATEMENT OF CLAIM</u>: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

    * 1.) Defendants Probes and Doe denied the plaintiff's due process of law in violation of the Fourteenth Amendment to the United States Constitution,

    * 2.) Defendant Probes violated the plaintiff's First Amendment right to Free Speech by retaliating on the plaintiff for filing a grievance \ Employee Complaint.

Cont. on 8B

VII.  <u>STATEMENT OF FACTS</u>: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. <u>**Do not make any legal arguments or cite any cases or statutes.**</u> State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

    The Plaintiff "Demands a Jury Trial" and plea for his "right to be heard".

    + 1.) The plaintiff is a Pretrial detainee at Duval County's Pretrial detention facility.

    + 2.) All defendants are employee's at Duval County's pretrial detention facility and acted under the color of state law.

    + 3.) On January of 2010 the plaintiff was placed in administrative Confinement "without a hearing or notice.

Cont. on 9A

VI. Statement of Claim, continued: B

* 3) Placing the plaintiff in isolated confindment without a notice or written dispasition of the charges and not recieving a disciplinary hearing, not once but twice, Not only denying his due process right also placing atypical and significat hardship for being placed in confindment for prolonged or excessive time with minimal contact with other humans.

* 4) Defendent Probes violated the plaintiff Eighth Amendment when he personally knew and disregared the plaintiffs personally softey, the defendent clearly displayed a Deliberate Indifferance.

5) Defendent Wollitz malice and intentional behavior Caused the plaintiff a substantial burden, violating his First Amendment right to free exercise of religion by intentionally confiscating his religious booklets.

8 B

Statement of Facts, continued: A

+4) The plaintiff was in a verbel dispute with a couple of black inmates over them stealing commissary, the plaintiff and other inmates sent requests, grievances, kites and even spoke to officers about this group of inmates, and to no avail.

+5) Officials alleged the plaintiff was inciting a racist riot, with no evidence to support the change, and not providing a written disposition of the charge. And the security staff upheld their decision.

+6) During these events the plaintiff did not resist or threaten the officers in any fashion or break any jail rules, but only engaged in a verbal dispute.

+7) The plaintiff was label a "keep separate inmate" when he was placed in administrative confindment.

+8) While in administrative confindment the plaintiff filed a grievance against defendant Probes for the radio being to loud, the grievance was filed in November of 2010.

Statement of Facts, continued: ß

+9) Defendance Probes retaliated by placing a young black male in the plaintiff's cell to "beat, rap and raise hell".

+ 10.) The plaintiff then had his mother and girlfriend to go to internal affairs and file a complaint form against the defendant Probes.

+ 11) Without a notic or hearing, defendant Probes acted with malice and intental behavior when he later moved the plaintiff to Isolated Confindment out of retaliation.

+ 12.) Due to excessive time in Confindment, Plaintiff has sufficed mental and emotonal distress.

+ 13) While in Isolated Confindment Plaintiff has been exposed to (24/7) constant illumination of his cell interrupting or preventing sleep.

+ 14.) Plaintiff been exposed to the constant smell of urine, feces, mold and mildew, Also deficiencies in plumbing, inoperable drainage that causes water to sit on the cell floor, the food is served in a styrofoam tray causing the food to be cold, the is food is unappetizing because of being inproperly prepared (i.e. bread mixed with in vegetable juices, main dish mixed with dessert

Statement of Facts, continued: c

+ 15) Defendance Wollitz placed a substantilly burden on the plaintiff when he confiscated all his religious booklets but two.

+ 16) Defendance Wollitz alleges that the jail rules says two religious books. But the rules clearly states "a reasonable amount" of religious books ... And two ordinary books.

+ 17) The plaintiff's only way of excising his religion is by reading regilious books, because in confindment inmates are not allowed to attend religious services.

+ 18) Plaintiff have lost privileges and quality of life in jail living conditions, and loss of limited liberty enjoyed by inmates, resulting from Defendent Probes and Doe, plaintiff was confined for 23 hrs a day for over 2½ years, as to date, in a cell roughly 60 sqft; and deprived most of his personal property as well, as well as the ability to attend educational and vocational programs, attend religious services, associate with other inmates, attend recreation in a con- greate setting with the ability to engage in sports and other congregate recreational activities, attend meals with other inmates and use the phone freely.

VIII. A. <u>RELIEF REQUESTED:</u> State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

A. Issue a declaratory judgment stating that:
1)Defendant Probes malice and intental behavior
of placing the plaintiff in harm's way, violated
the plaintiff's rights under the Eighth Amendment.
2) Declare that Defendant Probes violated Plaintiff's
First Amendment right not to be retaliated against
for filing complaints or grievances.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this \_\_\_1st\_\_\_ day of \_\_Febuary\_\_\_, 2012\_\_\_\_.

**(Signatures of all Plaintiffs)**

VIII. Relief Requested, continued: B

3.) Defendants Probes and Doe's actions in not conducting the plaintiff's a disciplinary hearing or not giving him notic and Defendants Doe's actions in sustaining it, violated the plaintiff's rights under the Due Process Clause of the Fourteenth Amendment to the United States Constitution.

B. Issue an injunction ordering defendant Wellitz to:
1.) Uphold the jail rules on religious books
2.) examine his malice behavior.

C. Award compensatory damage(s) as see fit:
1.) Jointly and severally against defendants Probes and Doe for the punishment, including deprivation of liberty and amenity, and emotional injury from their denial of due process.

2.) Severally against defendant Probes for retaliation

3.) Defendant Proues for his acts of placing the Plaintiff in substantial risk of serious harm, to be free from deliberate indifference to his safety by putting a inmate in his cell.

D. Award punitive damage against all defendants as the courts see fit:

E. Grant such other relief as it may appear that plaintiff is entitled too.

I Declare under penalty of perjury that the foregoing is true and correct.

_H. Howell_

10 B



**OFFICE OF THE SHERIFF**

**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST/GRIEVANCE FORM

PRINT ALL INFORMATION

| DATE (MM-DD-YYYY)<br>2·1·12    -    - | JAIL #<br>2009015993 |
| FIRST NAME<br>Herman | LAST NAME<br>Hassell |

| ☑ PDF | ☐ MCC | ☐ CTC |

HOUSING LOCATION / WORK ASSIGNMENT: **5-ISO·45**

This form may be used to request information or a service, to request a Complaint Against an Employee Form, or to initiate a grievance concerning departmental policy, procedure, or any service of the Jacksonville Department of Corrections. **Requests for medical, dental or mental health services shall be made on a sign-up sheet with the designated medication nurse. Medical Grievances may _not_ be requested on this form.**

**Please select _one_:    ☑ REQUEST         ☐ GRIEVANCE**
(NOTE: All grievances must be filed within 5 days of the alleged incident.)

| ☐ CHAPLAIN | ☐ CLASSIFICATION | ☐ CLOTHING/BEDDING |
| ☐ COMMISSARY | ☐ COURT | ☐ FOOD SERVICE |
| ☐ INVESTIGATOR | ☐ LAW LIBRARY | ☐ MAIL |
| ☑ OFFICER | ☐ PROPERTY ROOM | ☐ PROGRAMS |

Please give a description of your request/grievance:

I am pro 'se in litigation in pursuant to 42 U.S.C. §1983, To demonstrate exhaustion, I need copies of all grievances and complaints I have filed and their responses.

Thank for your time

_Hassell_

| 2·1·2012<br>Date Signed | _N a Hassell_<br>Your Signature (not valid without your signature) |

*(Staff Response/Disposition will be noted on other side)*

**WARNING:** The Jacksonville Sheriff's Office regards this form as a legal document. Filing frivolous or false statements to a law enforcement official is a violation of the departmental rules and Florida State Statutes.

**P-0356 REV 08-2007**

## JACKSONVILLE SHERIFF'S OFFICE
### 501 E. BAY STREET
### JACKSONVILLE, FLORIDA 32202-2975

## EMPLOYEE COMPLAINT FORM

| Nature of Incident/Event | I.A. # (Administrative Use Only) |
|---|---|
| Exercise of Religion | |

### SHERIFF'S OFFICE EMPLOYEE INFORMATION

**Employee's Name and ID# (if known)**
Wolitz
Srgt. Wallace / Officer Flaws

| Race | Sex | Height | Weight | Approximate Age |
|---|---|---|---|---|
| W | M | | | |

**Other Identifying Characteristics**
N/A

| Vehicle or Tag # | Vehicle Model | In Uniform |
|---|---|---|
| N/A | N/A | YES |

**Employee Vehicle Description (Marked/Unmarked, Color)**
N/A

**Location of Incident/Event**
5th floor I-Block

**Day and Date of Incident/Event**
3rd Week of August 2011  13th

**Time**
7-3  2nd shift

**Today's Date and Time**
Oct. 11, 2011   1300

### CITIZEN INFORMATION

**Citizen's Name (First MI Last)**
Herman Hassell - 2009015993

| Home Address | Apt# |
|---|---|
| 500 E Adams St | |

| City | State | Zip Code |
|---|---|---|
| Jacksonville | Fl | 32202 |

| Race | Sex | D.O.B. |
|---|---|---|
| W | M | 11-03-1968 |

| Home # | Business # | Cell # |
|---|---|---|
| N/A | N/A | N/A |

**Name of Witness (First MI Last)**
N/A

| Witness Address | City, State | Zip Code |
|---|---|---|
| N/A | | |

**Witness Phone Number(s)**
N/A

**EXPLANATION OF EVENT: (Also list on the back any additional information, employees, witnesses, etc)**

United Church of God is abstruse practice of Jesus Christ's true teaching. The church and its beliefs are different. Because it does not believe in Paganism, Wicca, and Moorish Science Temple that been addendum into modern Christian beliefs. Ex... Christmas, Easter, and Evolution ect... ect... My ability to practice my religion was a "Substantial" "burden" when Srgt. Wolitz and Officer Flaws took my religious Booklets, And left me with two. No were does it say

**F.S.S. 837.06:** Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree.

**Signature of Citizen:** Herman Hassell - 2009015993
**All information is true and correct to the best of my knowledge.**

| Employee Accepting Form | Assignment | Date and Time |
|---|---|---|
| Officer Reed | | Oct. 12, 2011  3:30 pm |

P-0235 Rev. 03/2009

I.A. # _____

## JACKSONVILLE SHERIFF'S OFFICE
### EMPLOYEE COMPLAINT FORM
### NARRATIVE CONTINUATION SHEET

Continue explanation of incident/event, listing additional witnesses and employees. List names, addresses and phone numbers of all additional parties.

"Two Religious Books" However, It does say "reasonable amount" in the Inmate Handbook. And in the Florida Model Jail Standards It doesn't mention the amount; "Reasonable Amount" definition via Websters Dictionary: "The capacity for rational thinking." "Quality" "To reach a total." Rational thinking to them was not part of there mental capability. They were revengeful and Unprofessional. LAW "Confiscating Religious Literature. ("Rowe v. Davis, 373 F. Supp. 2d 822, 826 (N.D. Ind. 2005)...[R]eading religious literature is a part of the way Mr. Rowe practices and express his religious beliefs." Confiscating my religious literature made it unnecessary for me to achive a meaningful and satisfactory religious exercise. Jail Administration Officials and staff are Obligated to treat religion in a even handed manner. ("Cruz v. Beto 405 U.S 319, 322. 92 S ct 1079 [1972]") For there improper behavior Violating my "Free Exercise Clause" They should be penalized And a Class action Complaint will be filed for Compensation. And with Compliance to the law. I did file a grievance for "Exhaustion." And with prejudice of staff. Judgment was for his co-ed's, Even though it is Clear in the Law/rules. Personal believe they are above the law/Rules and human rights or the Constitution does not apply to them.

Thank you for your time.

_A. Hasell_

P-0235 Rev. 03/2009

**JACKSONVILLE SHERIFF'S OFFICE**
**501 E. BAY STREET**
**JACKSONVILLE, FLORIDA 32202-2975**

## EMPLOYEE COMPLAINT FORM

| Nature of Incident/Event | I.A. # (Administrative Use Only) |
|---|---|
| EXercise of Religion | |

**SHERIFF'S OFFICE EMPLOYEE INFORMATION**

**Employee's Name and ID# (if known)**
Srgt. Wollace / Officer Flaws
Wolitz

| Race | Sex | Height | Weight | Approximate Age |
|---|---|---|---|---|
| W | M | | | |

**Other Identifying Characteristics** N/A

| Vehicle or Tag # | Vehicle Model | In Uniform |
|---|---|---|
| N/A | N/A | yes |

**Employee Vehicle Description (Marked/Unmarked, Color)** N/A

**Location of Incident/Event** 5th floor I-Block

**Day and Date of Incident/Event** 3rd Week of August 2011   **Time** 7-3 2nd shift

**Today's Date and Time** Oct. 11, 2011   1300

**CITIZEN INFORMATION**

**Citizen's Name (First MI Last)** Herman Hassell - 200401543

| Home Address | Apt# |
|---|---|
| 500 E Adams St | |

| City | State | Zip Code |
|---|---|---|
| Jacksonville | Fl | 32202 |

| Race | Sex | D.O.B. |
|---|---|---|
| W | M | 11-03-1968 |

| Home # | Business # | Cell # |
|---|---|---|
| N/A | N/A | N/A |

**Name of Witness (First MI Last)** N/A

**Witness Address   City, State   Zip Code** N/A

**Witness Phone Number(s)** N/A

**EXPLANATION OF EVENT: (Also list on the back any additional information, employees, witnesses, etc)**

United Church of God is abstruse practice of Jesus Christ's true teaching. The church and its beliefs are different. Because it does not believe in Paganism, Wicca, and Moorich Science Temple that been addendum into modern Christian beliefs. Ex... Christmas, Easter, and Evolution ect... ect... My ability to pratice my religion was a "substantial" "burden" when Srgt. Woltis and Officer Flour took my reglious Booklets. And left me with two. No were does it say

**F.S.S. 837.06:** Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree.

**Signature of Citizen:** Herman Hassell - 200401543

All information is true and correct to the best of my knowledge.

| Employee Accepting Form | Assignment | Date and Time Oct. 13, 2011  3:30pm |
|---|---|---|

P-0235 Rev. 03/2009

I.A. # _____

**JACKSONVILLE SHERIFF'S OFFICE**
**EMPLOYEE COMPLAINT FORM**
**NARRATIVE CONTINUATION SHEET**

Continue explanation of incident/event, listing additional witnesses and employees. List names, addresses and phone numbers of all additional parties.

"Two Religious Books" However, It does say "reasonable amount" in the Inmate Handbook. And in the Florida [illegible] It doesn't mention the amount. Reasonable/Amount definition via Webster's Dictionary: "The capacity for rational thinking. / Ability "To reach a total." Rational thinking to them was not part of their [illegible]. They were [illegible] and [illegible] by "Confiscating Religious Literature. ("Rowe V. Davis, 373 F. Supp. 2d 822, 826 (N.D. Ind. 2005)...[R]eading religious literature is a part of the way Mr. Rowe practices and express his religious beliefs") Confiscating my religious literature made it unnecessary for me to achieve a meaningful and satisfactory religious exercise. Jail Administration officials and staff are obligated to treat religion in a evenhanded manner. ("Cruz v. Beto 405 U.S. 319, [illegible] [illegible] ct 1079 [1972]") For there improper behavior violating my free Exercise Clause. They should be penalized. And a Class Action Complaint will be filed for Compensation. And with [illegible] to the law I did file a [illegible] or [illegible]." And with prejudice of staff. Judgment was for his co-ed's. Even though it is clear in the Law/rules. Personal believe they are above the law/rules and human rights or the Constitution does not apply to them. Thank you for your time.